No. 90–7315. HERNANDEZ *v.* TEXAS. Ct. Crim. App. Tex.; No. 90–7757. HOLTON *v.* FLORIDA. Sup. Ct. Fla.; No. 90–7786. CASTOR *v.* CLARK, WARDEN, ET AL. C. A. 7th Cir.; and No. 90–7882. NUCKOLS *v.* OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied. Reported below: No. 90–7315, 805 S. W. 2d 409; No. 90–7757, 573 So. 2d 284; No. 90–7882, 805 P. 2d 672.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.